**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Omar Jermel DIXON, a/k/a O Dixon, a/k/a Omar Dixon–El, a/k/a Omar Jermel Dixon–El, a/k/a Omar Germal Dixon, a/k/a Omar Jermal Dixon, a/k/a Omar Jermel Dixon El, Defendant–Appellant.**

No. 16-6492

United States Court of Appeals,
Fourth Circuit.

Submitted: October 13, 2016

Decided: October 18, 2016

Omar Jermel Dixon, Appellant Pro Se. Brian R. Hood, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Jermel Dixon appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dixon, No. 3:02–cr–00209–JRS–1 (E.D. Va. Mar. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED